IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| **UNITED STATES FOF AMERICA** | \* | |
| | \* | |
| Plaintiff, | \* | CIVIL ACTION NO. |
| | \* | |
| | \* | 1:16-CV-00238-WLS |
| v. | \* | |
| | \* | |
| | \* | |
| **MARY WOHLWENDER CRISP** | \* | |
| **Individually , and in her capacities as** | \* | |
| **The Executrix of the ESTATE OF** | \* | |
| **MARY BRADLEY COOPER** | \* | |
| **WOHLWENDER, and the Trustee of** | \* | |
| **The EDWARD WOHLWENDER, JR.** | \* | |
| **CREDIT SHELTER TRUST and of the** | \* | |
| **MARITAL TRUST created under the** | \* | |
| **Last Will and Testament of Edward** | \* | |
| **Wohlwender, Jr. and WOHLWENDER** | \* | |
| **ESTATE PROPERTIES, LLC** | \* | |
| | \* | |
| Defendants, | \* | |
| | \* | |

## OBJECTION TO PLAINTIFF'S ORDER ON MOTION FOR DEFAULT JUDGMENT

COMES NOW, MARY WOHLENDER CRISP, and files this her Objection to Plaintiff's Order on Motion for Default Judgment and respectfully shows the Court as follows:

1.

Defendant, Mary Wohlwender Crisp, object to the proposed order granting Plaintiff's Motion for Default Judgment as follows:

(a)  Defendant admits there is a tax obligation due and owing, but disputes the amount of the tax liability contained in Paragraph 1 of the Proposed Order.

(b)  Paragraphs 2 and 3 of the Proposed Order seek damages for a breach of the obligation to pay federal estate tax, and for failing to honor a levy as set forth therein.  According to the Proposed Order, the basis of the imposition of the amounts described in these paragraphs is O.C.G.A. § 53-12-192.  Defendant shows that although the Plaintiff may be able to avail itself of remedies to which the estate may be entitled, the Plaintiff is not entitled to a "double recovery".  Defendant shows that Paragraphs 2 and 3 impose damages, and the amount of the damage described is the same tax liability imposed under Paragraph 1 of the Proposed Order.

(c)  If Plaintiff is permitted to recover damages as described in Paragraphs 2 and 3 of the Proposed Order, the same should not be any tax liability owed, but should be limited to actual damages, if any, suffered by Plaintiff.  Defendant shows that Plaintiff has not suffered damages as set forth under Paragraphs 2 and 3 of the Proposed Order.

(d)  In the event the Court appoints a receiver in this matter as set forth under the terms of the Proposed Order, then the same should be submitted to the Court by motion as described in the Proposed Order, and Defendant should have the opportunity to respond to the choice of receiver selected by Plaintiff.

2.

Defendant requests that this Court consider the objections set forth in Paragraph 1 above.

This 27th day of July, 2017.

/s/ Edward N. Davis

_____
Edward N. Davis
Attorney for Defendant
Georgia State Bar No. 208220

P.O. Box 338
Butler, Georgia 31006
(478) 862-9618
(478) 862-9626 (fax)
eddie@pstel.net

CERTIFICATE OF SERVICE

I hereby certify that on July 27th, 2018, a copy of the above and foregoing Objection was served on Plaintiff's counsel through the Court's e-filing system.

/s/ Edward N. Davis

_____

Edward N. Davis