IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION FILE NO. |
| | : | |
| MARY WOHLWENDER CRISP, | : | 1:16-CV-00238-WLS |
| Individually, and in her capacities as | : | |
| The Executrix of the ESTATE OF | : | |
| MARY BRADLEY COOPER | : | |
| WOHLWENDER, and the Trustee of | : | |
| The EDWARD WOHLWENDER, JR. | : | |
| CREDIT SHELTER TRUST and of the | : | |
| MARITAL TRUST created under the | : | |
| Last Will and Testament of Edward | : | |
| Wohlwender, Jr. and WOHLWENDER | : | |
| ESTATE PROPERTIES, LLC, | : | |
| | : | |
|     Defendants. | : | |

_____

**JOINT RESPONSE TO COURT'S ORDER DATED AUGUST 2, 2018**

As the Court directed, the parties have conferred and provide the following report.[1]

1.  Defendants have no evidence to challenge the amounts set forth in paragraph 1 of the proposed order submitted by plaintiff in its motion for default judgment. (D.E. 40-29)("proposed order").   Defendant Mary Wohlwender Crisp is liable for those specific debts in her capacity as the executrix of the Estate of Mary Bradley Cooper Wohlwender. Defendant Crisp is not liable in her individual capacity for the debts set forth in paragraph 1 of the proposed order.

_____

[1] As a means to readily identify the various forms of relief that the Government seeks in its motion for default judgment, the parties refer to the proposed order that accompanied the motion.  The parties recognize that the Court will prepare and issue its own order post-hearing.

2.   Defendants have no evidence to challenge the amounts of the liabilities set forth in paragraphs 2 and 3 of the proposed order.  For those debts, defendant Crisp is liable both individually and in her capacity as trustee of the Marital Trust created under the Last Will and Testament of Edward C. Wohlwender.

3.   To the extent that the Government collects any or all of the judgments described in paragraphs 2 and 3 of the proposed order, the Internal Revenue Service will apply the collected proceeds to the federal estate tax liabilities identified in paragraph 1 of this order, i.e., federal estate tax as well as interest, penalties, and statutory additions with respect to that federal estate tax.   If the Government fully collects the federal estate tax liabilities identified in paragraph 1 of the proposed order, the Government will collect nothing further on the judgments identified in paragraphs 2 and 3 of this order and will file satisfactions of those two judgments.  The parties' agreement as set forth in this paragraph fully addresses defendants' concern that there not be a double recovery of the liabilities set forth in paragraphs 1-3 of the proposed order.

4.   Defendants do not object to the appointment of a receiver pursuant to 26 U.S.C. Sections 7402, 7403(d), and O.C.G.A.  Section 53-12-192.  The Government will file a written motion identifying a receiver and request that the Court appoint him or her as the receiver.   Defendants shall respond to the motion in accordance with LR 7.

5.   Defendants do not object to the remaining items set forth in the proposed order.

6.   Defendants do not intend to offer evidence at the hearing, scheduled for July 9, 2018, at 10:00, a.m., on the Government's motion for default judgment.

Dated this 6th day of August, 2018

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

s/ Michael N. Wilcove

_____

MICHAEL N. WILCOVE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C.  20044
Attorney for Plaintiff
T: (202) 514-6474
F: (202) 514-9868
Michael.N.Wilcove@usdoj.gov

Of Counsel:

CHARLES E. PEELER
United States Attorney

s/ Edward N. Davis

_____

EDWARD N. DAVIS
Georgia State Bar No. 208220
Edward N. Davis PC
111 S. Broad Street
Butler, Georgia 31006
Attorney for Defendants
T: (478) 862-9618
eddie@pstel.net

Counsel for defendants