Filed at _____ _10:50_ _A_ M
_8 / 14_ , 20 _18_
_BCL_
Deputy Clerk, U.S. District Court
Middle District of Georgia

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION FILE NO.** |
| | : | |
| MARY WOHLWENDER CRISP, | : | **1:16-CV-00238-WLS** |
| Individually, and in her capacities as | : | |
| The Executrix of the ESTATE OF | : | |
| MARY BRADLEY COOPER | : | |
| WOHLWENDER, and the Trustee of | : | |
| The EDWARD WOHLWENDER, JR. | : | |
| CREDIT SHELTER TRUST and of the | : | |
| MARITAL TRUST created under the | : | |
| Last Will and Testament of Edward | : | |
| Wohlwender, Jr. and WOHLWENDER | : | |
| ESTATE PROPERTIES, LLC, | : | |
| | : | |
|     Defendants. | : | |

### ORDER

Upon plaintiff's unopposed motion and for good cause shown, it is hereby ordered that the time for plaintiff to file an amended proposed judgment is extended to August 27, 2018.

SO ORDERED, this _13th_ day of _August_ , 2018.

_W. Louis Sands_
W. LOUIS SANDS, SR., JUDGE
UNITED STATES DISTRICT COURT