## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO.** |
| | : | |
| **MARY WOHLWENDER CRISP,** | : | **1:16-CV-00238-WLS** |
| **Individually, and in her capacities as** | : | |
| **The Executrix of the ESTATE OF** | : | |
| **MARY BRADLEY COOPER** | : | |
| **WOHLWENDER, and the Trustee of** | : | |
| **The EDWARD WOHLWENDER, JR.** | : | |
| **CREDIT SHELTER TRUST and of** | : | |
| **The MARITAL TRUST created under** | : | |
| **The Last Will and Testament of** | : | |
| **Edward Wohlwender, Jr. and** | : | |
| **WOHLWENDER  ESTATE** | : | |
| **PROPERTIES, LLC,** | : | |
| | : | |
| **Defendants.** | : | |

_____

### ORDER

Plaintiff has filed a Motion for Appointment of Receiver. (Doc. 53.) Pursuant to the Court's prior Order (Doc. 54), Defendants may respond to the motion **no later than Friday, October 12, 2018**.

**SO ORDERED**, this 27th day of September 2018.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**