IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Filed at  4:41 P M |
| | 10/22, 20 18 |
| Plaintiff, | BCL |
| | DEPUTY CLERK, U.S. DISTRICT COURT |
| | MIDDLE DISTRICT OF GEORGIA |
| v. | CIVIL ACTION FILE NO. |
| MARY WOHLWENDER CRISP, | 1:16-CV-00238-WLS |
| Individually, and in her capacities as | |
| The Executrix of the ESTATE OF | |
| MARY BRADLEY COOPER | |
| WOHLWENDER, and the Trustee of | |
| The EDWARD WOHLWENDER, JR. | |
| CREDIT SHELTER TRUST and of the | |
| MARITAL TRUST created under the | |
| Last Will and Testament of Edward | |
| Wohlwender, Jr. and WOHLWENDER | |
| ESTATE PROPERTIES, LLC, | |
| Defendants. | |

## JUDGMENT

In accordance with the Court's order (Doc. 54) entered September 27, 2018, granting plaintiff's Motion for Default Judgment, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Plaintiff United States of America recover of Mary Wohlwender Crisp, in her capacity as executrix of the Estate of Mary Bradley Cooper Wohlwender, the amount of $14,248,382.70, plus further accruals of statutory interest according to law from June 15, 2018 to the date of judgment. Defendant Crisp is not liable in her individual capacity for this debt.

2. Pursuant to O.C.G.A. §53-12-192, plaintiff United States of America recover of Mary Wohlwender Crisp, individually, and in her capacity as trustee of the Marital Trust

created under the Last Will and Testament of Edward C. Wohlwender, the sum of $12,649,454, plus further accruals of statutory interest according to law from June 15, 2018 to the date of judgment.

3.  Alternatively, pursuant to 26 U.S.C. Section 6332(d), plaintiff recover of Mary Wohlwender Crisp, individually, and in her capacity as trustee of the Marital Trust created under the Last Will and Testament of Edward C. Wohlwender, the sum of $8,932,476, plus statutory interest thereon accruing from June 30, 2016, thereon according to law.

4.  This judgment shall bear interest at the rate set forth at 28 U.S.C. § 1961(c)(1).

5.  To the extent that plaintiff collects any or all of the judgments against defendant Crisp individually and/or as trustee, plaintiff will apply the collected proceeds to defendant Crisp's liability as executrix of the Estate of Mary Bradley Cooper Wohlwender for its unpaid federal estate tax liability, including interest, penalties, and statutory additions. If plaintiff fully collects that federal estate tax liability, it will collect nothing further on the judgments against defendant Crisp, either individually or as trustee, and will file satisfactions of those judgments.

6. Pursuant to Fed. R. Civ. P. 54(b), the Court finds that there is no just reason for delay and directs that this judgment be final with respect to the claims that it encompasses.[1]

SO ORDERED, this 22nd day of October, 2018.

*W. Louis Sands*
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

---

[1] In its order granting plaintiff's motion for default judgment, the Court ordered that a receiver be appointed and that the pertinent federal tax arising under Section 6321 be foreclosed. Plaintiff has filed a motion, which identifies a specific individual to be appointed as receiver and sets forth the scope of the receiver's responsibilities and authority. (Doc. 53). At a later date to be determined, the Court will issue a final judgment with respect to the remaining claims in this case.

3