IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
|    Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | |
| MARY WOHLWENDER CRISP, | : | 1:16-CV-00238-WLS |
| Individually, and in her capacities as | : | |
| The Executrix of the ESTATE OF | : | |
| MARY BRADLEY COOPER | : | |
| WOHLWENDER, and the Trustee of | : | |
| The EDWARD WOHLWENDER, JR. | : | |
| CREDIT SHELTER TRUST and of | : | |
| The MARITAL TRUST created under | : | |
| The Last Will and Testament of | : | |
| Edward Wohlwender, Jr. and | : | |
| WOHLWENDER  ESTATE | : | |
| PROPERTIES, LLC, | : | |
| | : | |
|    Defendants. | : | |

_____

## ORDER

The court-appointed receiver Kevin O'Halloran has filed three Motions for "Approval and Confirmation of Sale of Designated Real Property Assets." (Docs. 104, 105, 106.) Therein, O'Halloran states that he may sell any of the Receivership Assets subject to Plaintiff's consent and asks the Court to approve the sales and order them free and clear of all liens and claims. (*See* Doc. 104 ¶¶ 4, 29.) The Court enters this Order to clarify that any objections or responses to the pending motions must be filed **no later than Tuesday, July 30, 2019**.

**SO ORDERED**, this 11th day of July 2019.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**